(117 So. 410)

Emory ROGERS v. STATE. (8 Div. 29.)

Supreme Court of Alabama. June 14, 1928.

Certiorari to Court of Appeals.

O. M. Rains, of Scottsboro, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

SAYRE, J. Petition of Emory Rogers for certiorari to the Court of Appeals to review and revise the judgment and decision of that

court in Rogers v. State, 117 So. 409. Writ denied.

ANDERSON, ·C. J., and GARDNER and BOULDIN, JJ., concur.